IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ISMAIL HAFIZ HANIF,<br><br>    Plaintiff<br><br>v.<br><br>OLD TOWN HOLDINGS, LLC, *et al.*,<br><br>    Defendants. | CASE NO.: |

## NOTICE OF REMOVAL

**TO: The Judges of the United States District Court for the Eastern District of Virginia and counsel for the Plaintiff:**

Defendants Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC d/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, and Sharon Quinones Ramos, hereby remove Case No. CL25-7984 from the Circuit Court of Fairfax County to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for its removal state as follows:

### STATEMENT OF THE CASE

1.      On May 30, 2025, Plaintiff Ismail Hafiz Hanif filed a Complaint in the Circuit Court of Fairfax County, Virginia, styled *Ismail Hafiz Hanif v. Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, Sharon Quinones Ramos, Officer Moises Romero, Fairfax County Government, and InterContinental Hotels Group Resources, LLC*, No. CL25-7984 (hereinafter the "State Court Action"). A copy of the Complaint is attached hereto as **Exhibit A**.

1

2.      The Complaint in the State Court Action asserted claims against the defendants arising exclusively under Virginia statutory and common law. *See* **Exhibit A**.

3.      On September 16, 2025, Plaintiff filed an Amended Complaint in the State Court Action. The Amended Complaint is styled *Ismail Hafiz Hanif v. Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC a/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, Sharon Quinones Ramos, Officer Moises Romero, Fairfax County Government, and InterContinental Hotels Group Resources, LLC* (hereinafter "Amended Complaint"). A copy of the Amended Complaint in the State Court Action is attached hereto as **Exhibit B**.

4.      On September 16, 2025, Defendants Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC d/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, and Sharon Quinones Ramos received a copy of the Amended Complaint in the State Court action through their undersigned counsel.

5.      On October 9, 2025, the Fairfax County Circuit Court entered an order granting Plaintiff's motion for leave to file an Amended Complaint.

6.      The Amended Complaint in the State Court Action purports to assert the following causes of action: (a) Count I: Discrimination in a Place of Public Accommodation in Violation of Virginia Code § 2.2-3900 *et seq.* (Virginia Human Rights Act) (against Defendants Baywood Hotels, Inc.; Hayley Hamre; Sharon Quinones Ramos; and InterContinental Hotels Group Resources, LLC); (b) Count II: Assault and Battery (against Defendant Officer Moises Romero); (c) Count III: False Arrest (against Defendants Officer Moises Romero; [Fairfax County,] Virginia; Baywood Hotels, Inc.; Riverside Hotels, LLC; Hayley Hamre; and Sharon Quinones Ramos); (d) Count IV: Malicious Prosecution (against Defendant Officer Moises Romero); (e)

2

Count V: Gross Negligence (against Defendants Baywood Hotels, Inc.; Hayley Hamre; and Sharon Quinones Ramos (collectively the "Hotel Gross Negligence Defendants" for this Count)); (f) Count VI: Gross Negligence (against Defendant Officer Romero); (g) Count VII: Violation of the Fourth Amendment – Unlawful Seizure (against Defendant Officer Romero, under 42 U.S.C. § 1983); (h) Count VIII: First Amendment Retaliation (against Defendant Officer Romero under 42 U.S.C. § 1983); (i) Count IX: Violation of the Fourteenth Amendment (Due Process and Equal Protection) (against Defendant Officer Romero under 42 U.S.C. § 1983); (j) Count X: Conspiracy to Violate Civil Rights (against Defendants Officer Romero, Hayley Hamre, [and] Sharon Quinones Ramos under 42 U.S.C. § 1983 and § 1985(3)); (k) Count XI: Violation of 42 U.S.C. § 1981 (Racial Discrimination and Interference in Contractual Rights) (against Defendants Baywood Hotels, Inc., Hayley Hamre, and Sharon Quinones Ramos; as to state actors, enforced via 42 U.S.C. § 1983); (l) Count XII: Gross Negligence/Failure to Supervise/Negligent Supervision (against Baywood Hotels, Inc. and [Sharon] Quinones Ramos); (m) Count XIII: Common Law Civil Conspiracy (against All Defendants). *See* **Exhibit B**.

7.      Plaintiff seeks the following relief in the Amended Complaint in the State Court Action: (a) Ten Million Dollars in compensatory damages; (b) punitive damages in the amount of $350,000, recoverable only against the individually named Defendants in their individual capacities and against the private entity Defendants, and not against Fairfax County; (c) reasonable costs and attorney's fees, including those available pursuant to Virginia Code § 2.2-3907(C) and § 2.2-3908(D) for Count I, and as otherwise permitted by law; (d) a declaratory judgment that the Defendants' actions violated Plaintiff's constitutional rights; (e) injunctive relief requiring Fairfax County to adopt and implement policies, training, and supervision sufficient to eliminate the culture of deferral within the Fairfax County Police Department, including mandatory verification

3

of exculpatory evidence and independent supervisory review in trespass and disorderly conduct investigations; (f) attorney's fees and costs pursuant to 42 U.S.C. § 1988 and applicable Virginia law; (g) pre-judgment and post-judgment interest; and (h) "such other and further relief as the Court deems just and proper." *See* **Exhibit B**.

8. All of the Defendants who were properly joined and served in the State Court Action consent to removal of this action.

9. A copy of the notice of removal is being contemporaneously filed with the Circuit Court of Fairfax County, Virginia, as required by 28 U.S.C. § 1446(d).

10. Attached to this Notice as **Exhibit C** and incorporated herein are copies of all process, pleadings, and orders served upon the Defendants in this action as required by 28 U.S.C. § 1446(a).

FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

11. Among other claims, Plaintiff's Amended Complaint alleges causes of action under the United States Constitution and the laws of the United States, including 42 U.S.C. §§ 1981, 1983, and 1985(3). (*See* **Exhibit B**, Amended Complaint, at ¶¶225-275).

12. Therefore, this Honorable Court has jurisdiction of this matter under 28 U.S.C. § 1331 because these claims and this case arise under the laws of the United States.

ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

13. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon the Defendants are being filed with this Notice of Removal. (*See* **Exhibit C**).

14. This Notice of Removal was filed within 30 days from the date the Defendants received copies of the Amended Complaint in the State Court Action, which was the first notice

4

that the Plaintiff was pursuing claims against them under the United States Constitution and the laws of the United States. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b)(3).

15.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Eastern District of Virginia (Alexandria Division) is the federal judicial district and division embracing the Circuit Court of Fairfax County, Virginia, where the State Court Action was originally filed.

CONCLUSION

By this Notice of Removal, Defendants Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC d/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, and Sharon Quinones Ramos do not waive any objections they may have to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. These Defendants intend no admission of fact, law, or liability by this Notice of Removal, and expressly reserve all defenses, motions, and/or pleas.

WHEREFORE, Defendants Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC d/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, and Sharon Quinones Ramos respectfully request that the above action now pending against them in the Circuit Court of Fairfax County, Virginia be removed to this Honorable Court.

5

Respectfully submitted,

**Old Town Holdings, LLC, Alexandria Hotel Company, LLC, Baywood Hotels, Inc., Riverside Hotels, LLC d/b/a Holiday Inn Express & Suites Alexandria-Fort Belvoir, Hayley Hamre, and Sharon Quinones Ramos**

/s/ William L. Mitchell, II
William L. Mitchell, II (VSB #48585)
Michelle B. Jessee (VSB #80125)
ECCLESTON & WOLF, P.C.
10400 Eaton Place, Suite 107
Fairfax, Virginia 22030
T: (703) 218-5330
F: (703) 218-5350
wmitchell@ewva.com
jessee@ewva.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October, 2025, a true and correct copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification of such filing served by electronic mail, and the foregoing was also served upon the following by electronic mail and first-class mail, postage prepaid:

Michael L. Daniels
Atchuthan Sriskandarajah
Law Offices of SRIS P.C.
4008 Williamsburg Court
Fairfax, Virginia 22032
Michael.daniels@srislawyer.com
sris@srislawyer.com
*Attorneys for Plaintiff Ismail Hanif*

6

Katherine E. Stott
Assistant County Attorney
Jamie M. Greenzweig
Senior Assistant County Attorney
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035-0064
Katherine.Stott@FairfaxCounty.gov
Jamie.Greenzweig@FairfaxCounty.gov
*Counsel for Defendant Fairfax County Government
and Officer Moises Romero*

Jessica Golden
Kalbaugh Pfund & Messersmith, PC
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Jessica.golden@kpmlaw.com
*Attorney for InterContinental Hotels Group Services*

/s/ William L. Mitchell, II<br>
William L. Mitchell, II (VSB #48585)